THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Roderick Dale Nimocks,       
 Appellant.
 
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2004-UP-501
Submitted October 1, 2004  Filed October 
 7, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Roderick D. Nimocks pled guilty 
 to voluntary manslaughter.  He was sentenced to eighteen years imprisonment.  
 Nimocks appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Nimocks filed a pro se response with the Court.
After a review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 GOOLSBY, ANDERSON, and WILLIAMS, JJ., 
 concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.